UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

**Dragon Iron Factory Co. Ltd, et al.,**

               **DEFAULT JUDGMENT**

 v.

               Case No. CIV S-10-1665 JAM EFB

**Fasteners International Inc. Et al.,**

    **IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendants:

    **Fasteners International Inc. And Bill Reed**

November 2, 2010

               VICTORIA C. MINOR, CLERK

               By: /s/ L. Mena-Sanchez
               Deputy Clerk