UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

**Dragon Iron Factory Co. Ltd et al.,**                          **DEFAULT JUDGMENT**

   v.

                                                        Case No. CIV S-2:10-cv-1665 JAM EFB

**Fasterners International Inc. et al.,**

        **IT IS ORDERED AND ADJUDGED** default judgment in the amount of $301,705.02  is hereby ENTERED against defendants:

**Fasteners International Inc. and Bill Reed**

November 3, 2010

                                                            VICTORIA C. MINOR, CLERK

                                                            By: /s/ L. Mena-Sanchez
                                                            Deputy Clerk